IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02090-RPM-CBS

KAREN LONG,

    Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC.,

    Defendant.
_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal [12], it is

ORDERED that this action is dismissed with prejudice and without costs to any party.

DATED: November 6th, 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge